# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-15-00321-CV

_____

### JOANN COMPTON, Appellant

### V.

### PORT ARTHUR INDEPENDENT SCHOOL DISTRICT, JOHNNY E. BROWN, SHARON BOUTTE, AND EMILY KING, Appellees

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-193,803**

### ORDER

The appellant filed a motion for extension of time to file notice of appeal on August 14, 2015. The appellees did not file a response. The motion concerns extending the appellate timetable for the order rendered on July 1, 2015. Appellant's motion includes a reasonable explanation regarding the delay. A notice of appeal was filed with the clerk of the trial court within fifteen days of the last day allowed for perfecting appeal from the July 1, 2015 order.

The Court finds that the appellant filed notice of appeal and a motion for extension of time within fifteen days of the last day allowed for perfecting appeal from the order of July 1, 2015, and further finds the motion reasonably explains the need for an extension of time to perfect appeal. Therefore, the Court GRANTS an extension of time to August 17, 2015, to perfect an appeal from the order signed July 1, 2015. Tex. R. App. P. 26.3.

ORDER ENTERED September 3, 2015.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.

2